B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Equipment Management Technology** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**94-3238997** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1525 Pama Lane**<br>**Las Vegas, NV**<br>ZIP Code **89119** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Northrop Grumman Space Systems**<br>**1 Space Park**<br>**Redondo Beach, CA 90278** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Equipment Management Technology** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Equipment Management Technology** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Samuel A. Schwartz. Esq.**
Signature of Attorney for Debtor(s)

**Samuel A. Schwartz. Esq. 10985**
Printed Name of Attorney for Debtor(s)

**The Schwartz Law Firm**
Firm Name

**701 E. Bridger Avenue, Suite 120**
**Las Vegas, NV 89101**

_____
Address

**Email: sam@schwartzlawyers.com**
**(702) 385-5544  Fax: (702) 385-2741**
Telephone Number

**February  9, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Vito A. Longo**
Signature of Authorized Individual

**Vito A. Longo**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  9, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## ACTION BY WRITTEN CONSENT OF THE SHAREHOLDERS OF
## EQUIPMENT MANAGEMENT TECHNOLOGY, INC.

The undersigned, constituting the shareholder (the "**Shareholder**") owning all of the voting shares of Equipment Management Technology, a Nevada corporation (the "**Company**"), hereby consents to and takes the following action:

RESOLVED, that the Shareholder of the Company hereby authorizes, directs and empowers Vito A. Longo to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company; and

IT IS HEREBY FURTHER RESOLVED that Vito A. Longo is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified here, including the retention of The Schwartz Law Firm, Inc., as the Company's bankruptcy counsel; and

IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by Vito A. Longo in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the Shareholder of Equipment Management Technology does hereby execute this Action by Written Consent as of the date indicated below.

By: _____          2-8-11
VITO A. LONGO, Shareholder                   DATE

## ACTION BY WRITTEN CONSENT OF THE DIRECTORS OF EQUIPMENT MANAGEMENT TECHNOLOGY

The undersigned, constituting all of the Directors of Equipment Management Technology, a Nevada corporation (the "**Company**"), hereby consent to and take the following action:

RESOLVED, that the Directors of the Company hereby authorize, direct and empower Vito A. Longo to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company; and

IT IS HEREBY FURTHER RESOLVED that Vito A. Longo is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified here, including the retention of The Schwartz Law Firm, Inc., as the Company's bankruptcy counsel; and

IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by Vito A. Longo in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the Directors of Equipment Management Technology do hereby execute this Action by Written Consent as of the date indicated below.

By: _____    2-8-11
VITO A. LONGO, Director                 DATE

By: _____    2-8-2011
PAUL LEVASSEUR, Director                DATE

By: _____    2-8-2011
JAMES DAVIS, Director                   DATE

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Nevada

In re  **Equipment Management Technology**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **AllTest Instruments, Inc.**<br>**500 Central Avenue**<br>**Farmingdale, NJ 07727** | **AllTest Instruments, Inc.**<br>**500 Central Avenue**<br>**Farmingdale, NJ 07727** | | | **950.00** |
| **Ashley Hall & Associates**<br>**1654 White Rock Drive, Suite 100**<br>**Las Vegas, NV 89121** | **Ashley Hall & Associates**<br>**1654 White Rock Drive, Suite 100**<br>**Las Vegas, NV 89121** | | | **42,056.00** |
| **California State Board of Equalization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279** | **California State Board of Equalization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279** | | | **41,913.00** |
| **CAN Insurance Company**<br>**10375 Park Meadows Drive, Suite 300**<br>**Littleton, CO 80124** | **CAN Insurance Company**<br>**10375 Park Meadows Drive, Suite 300**<br>**Littleton, CO 80124** | | | **2,054.00** |
| **City National Bank Visa**<br>**City National Plaza**<br>**555 South Flower Street**<br>**Los Angeles, CA 90071** | **City National Bank Visa**<br>**City National Plaza**<br>**555 South Flower Street**<br>**Los Angeles, CA 90071** | | | **1,934.00** |
| **Clark County Treasurer**<br>**500 S Grand Central Parkway**<br>**PO Box 551220**<br>**Las Vegas, NV 89155-1220** | **Clark County Treasurer**<br>**500 S Grand Central Parkway**<br>**PO Box 551220**<br>**Las Vegas, NV 89155-1220** | | | **4,481.00** |
| **First Capital Western Region, LLC**<br>**700 S. Flower Street, Suite 2325**<br>**Los Angeles, CA 90017** | **First Capital Western Region, LLC**<br>**700 S. Flower Street, Suite 2325**<br>**Los Angeles, CA 90017** | | | **11,800,000.00** |
| **Fox Rothschild, LLP**<br>**3800 Howard Hughes Pkwy**<br>**Las Vegas, NV 89169** | **Fox Rothschild, LLP**<br>**3800 Howard Hughes Pkwy**<br>**Las Vegas, NV 89169** | | | **187,886.00** |
| **Frisby Consulting, Inc.**<br>**4651 White Rock Drive, Suite 100**<br>**Las Vegas, NV 89121** | **Frisby Consulting, Inc.**<br>**4651 White Rock Drive, Suite 100**<br>**Las Vegas, NV 89121** | | | **4,783.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Equipment Management Technology**          Case No.
                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Global Test Equipment<br>1424 Centre Circle<br>Downers Grove, IL 60515 | Global Test Equipment<br>1424 Centre Circle<br>Downers Grove, IL 60515 | | | 30,958.00 |
| Keithley Instruments<br>28775 Aurora Road<br>Cleveland, OH 44139 | Keithley Instruments<br>28775 Aurora Road<br>Cleveland, OH 44139 | | | 845.00 |
| Longo Properties<br>1525 Pama Lane<br>Las Vegas, NV 89119 | Longo Properties<br>1525 Pama Lane<br>Las Vegas, NV 89119 | | | 38,000.00 |
| Michael C. Longo<br>1424 Centre Circle<br>Downers Grove, IL 60515 | Michael C. Longo<br>1424 Centre Circle<br>Downers Grove, IL 60515 | | | 240,000.00 |
| Nevada Energy<br>P.O. Box 30086<br>Reno, NV 89520-3086 | Nevada Energy<br>P.O. Box 30086<br>Reno, NV 89520-3086 | | | 2,084.00 |
| Northrop Grumman Space Technology-TX<br>1 Space Park<br>Redondo Beach, CA 90278 | Northrop Grumman Space Technology-TX<br>1 Space Park<br>Redondo Beach, CA 90278 | | | 740.00 |
| Rohde & Schwarz, Inc.<br>8661A Robert Fulton Drive<br>Columbia, MD 21046-2265 | Rohde & Schwarz, Inc.<br>8661A Robert Fulton Drive<br>Columbia, MD 21046-2265 | | | 70,038.00 |
| Swainston Consulting Group<br>1541 Little Dove Court<br>Henderson, NV 89014 | Swainston Consulting Group<br>1541 Little Dove Court<br>Henderson, NV 89014 | | | 1,998.00 |
| TestEquity, LLC<br>6100 Condor Drive<br>Moorpark, CA 93021 | TestEquity, LLC<br>6100 Condor Drive<br>Moorpark, CA 93021 | | | 2,800.00 |
| UPS Corporate Headquarters<br>55 Glenlake Parkway NE<br>Atlanta, GA 30328 | UPS Corporate Headquarters<br>55 Glenlake Parkway NE<br>Atlanta, GA 30328 | | | 608.00 |
| Visdsnb<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | Visdsnb<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | | | 623.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Equipment Management Technology**                                Case No.
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 9, 2011**             Signature  **/s/ Vito A. Longo**
                                                  **Vito A. Longo**
                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re  **Equipment Management Technology**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 9, 2011**

**/s/ Vito A. Longo**
**Vito A. Longo**/**President**
Signer/Title

```
Equipment Management Technology
1525 Pama Lane
Las Vegas, NV 89119

Samuel A. Schwartz. Esq.
The Schwartz Law Firm
701 E. Bridger Avenue, Suite 120
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

Internal Revenue Service
PO Box 480
Holtsville, NY 11742-0480

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

ADT Security Services
PO Box 371490
Pittsburgh, PA 15250

Advance Imaging Solutions, Inc.
3690 N. Rancho Drive
Las Vegas, NV 89130-3182

AllTest Instruments, Inc.
500 Central Avenue
Farmingdale, NJ 07727
```

```
Ashley Hall & Associates
1654 White Rock Drive, Suite 100
Las Vegas, NV 89121

Brett A. Axelrod, Esq.
Anne M. Loraditch, Esq.
Fox Rothschild, LLP
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169

California State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

CAN Insurance Company
10375 Park Meadows Drive, Suite 300
Littleton, CO 80124

City National Bank Visa
Acct No 1707
City National Plaza
555 South Flower Street
Los Angeles, CA 90071

Coverall North American
3150 E. Charleson Blvd.
Las Vegas, NV 89104-6664

Crown Equipment Corporation
141 North Gibson Road
Henderson, NV 89014

Erika Pike Turner, Esq.
Gordon Silver
3960 Howard Hughes Pkwy, 9th Floor
Las Vegas, NV 89169

Federal Express
Fed Ex Corp. Revenue Services
3965 Airways, Module G
Memphis, TN 38116

First Capital Western Region, LLC
700 S. Flower Street, Suite 2325
Los Angeles, CA 90017

Fox Rothschild, LLP
3800 Howard Hughes Pkwy
Las Vegas, NV 89169

Frisby Consulting, Inc.
4651 White Rock Drive, Suite 100
Las Vegas, NV 89121
```

```
Global Test Equipment
1424 Centre Circle
Downers Grove, IL 60515

Haycock Petroleum Company, LLC
715 West Bonanza Road
Las Vegas, NV 89106-3230

Home Team Pest Defense
6450 Cameron Street
Las Vegas, NV 89119

James R. Adams, Esq.
Adams Law Group, Ltd.
8681 West Sahara Avenue, #280
Las Vegas, NV 89117

Keithley Instruments
28775 Aurora Road
Cleveland, OH 44139

Longo Properties
1525 Pama Lane
Las Vegas, NV 89119

Lynn Erickson
1525 Pama Lane
Las Vegas, NV 89119

Michael C. Longo
1424 Centre Circle
Downers Grove, IL 60515

Michael L. Wachtell, Esq.
Buchalter Nemer A.P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Nevada Energy
P.O. Box 30086
Reno, NV 89520-3086

Northrop Grumman Space Technology-TX
1 Space Park
Redondo Beach, CA 90278

Rohde & Schwarz, Inc.
8661A Robert Fulton Drive
Columbia, MD 21046-2265

Southwest Gas Corporation
P.O. Box 98890
Las Vegas, NV 89150-0101
```

```
Swainston Consulting Group
1541 Little Dove Court
Henderson, NV 89014

TestEquity, LLC
6100 Condor Drive
Moorpark, CA 93021

UPS Corporate Headquarters
55 Glenlake Parkway NE
Atlanta, GA 30328

Visdsnb
Acct No 5567
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

William Schoenholz, Esq.
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017

Zachariah Larson, Esq.
Larson & Stephens, LLC
810 S. Casino Center Blvd., #104
Las Vegas, NV 89101
```