Shelley D. Krohn, Esq.
Nevada Bar No. 5040
Email: shelley@krohnlawoffice.com
**SHELLEY D. KROHN, LTD.**
411 East Bonneville Avenue, #300
Las Vegas, Nevada 89101
Phone: (702) 421-2210
Attorneys for Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                              ) CASE NO. BKS - 11-11816-LBR
                                                    ) CHAPTER 11
EQUIPMENT MANAGEMENT                                )
TECHNOLOGY                                          )
       Debtor                                      ) Trustee: Brian D. Shapiro

### AMENDMENT COVER SHEET

Amendment(s) to the following are transmitted herewith. Check all that apply.

( ) Petition (must be signed by debtor *and* attorney for debtor per Fed.R. Bankr.P.9011)
( ) Exhibit D - Credit Counseling Compliance
( ) Notice to Individual Consumer Debtor under §342(b)
(x) Summary of Schedules
(x) Statistical Summary
(x) Schedule A - Real Property
( ) Schedule B - Personal Property
( ) Schedule C - Property Claimed as Exempt
(x) Schedule D, E, or F
(x) Schedule G - Schedule of Executory Contracts & Expired Leases
(x) Schedule H - Codebtors
( ) Schedule I - Current Income of Individual Debtor(s)
( ) Schedule J - Current Expenditures of Individual Debtor(s)
( ) Statement of Financial Affairs
( ) Form 2016(b) - Disclosure of Compensation of Attorney for Debtor
( ) Creditor Mailing Matrix and Verification
( ) Form 22C (Ch 13) OR Form 22A (Ch 7)
( ) Statement of Intentions (Ch 7 only)
( ) Statement of Social Security Number
( ) Declaration of Electronic Filing
( ) List of Creditors Holding 20 Largest Unsecured Claims

### DECLARATION OF DEBTOR(S)

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

_/s/ Kristina Hedge_
Kristina Hedge, Chief Financial Officer of the Debtor
Date: 4/15/11

# United States Bankruptcy Court
## District of Nevada

In re: **Equipment Management Technology**, Debtor

Case No. **11-11816**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 9,244,571.76 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 13,556,623.60 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 85,335.25 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 630,780.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | | Total Assets | 9,244,571.76 | | |
| | | | Total Liabilities | 14,272,739.28 | |

# United States Bankruptcy Court
## District of Nevada

In re **Equipment Management Technology**
_____,
Debtor

Case No. **11-11816**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Equipment Management Technology**  
_____  
Debtor

Case No. __**11-11816**__

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re **Equipment Management Technology**, Debtor     Case No. **11-11816**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | |
| | | J | C | | | | | | |
| Account No.<br><br>FCC, LLC d/b/a<br>First Capital Western Region, LLC<br>Attn: John Neher<br>700 South Flower Street, Suite 2325<br>Los Angeles, CA 90017 | X | | - | Aug. 28,<br><br>UCC-1 Financing Statement<br><br>All personal property and proceeds; cash<br><br>Value $      Unknown | | | | 13,473,927.60 | Unknown |
| Account No. xxxx7294<br><br>The Prudential Insurance Co. of America<br>P.O. Box 7398<br>Philadelphia, PA 19176 | | | - | 1995<br><br>Loan against life insurance<br><br>Life Insurance Policy - Acct xxxx7294<br>Vito A. Longo - Insured<br>EMT - Beneficiary<br><br>Value $      229,826.31 | | | | 82,696.00 | 0.00 |
| Account No.<br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page)     **13,556,623.60**     **0.00**

Total (Report on Summary of Schedules)     **13,556,623.60**     **0.00**

In re   **Equipment Management Technology**                             Case No. **11-11816**
                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                               **3**    continuation sheets attached

In re **Equipment Management Technology** , Case No. **11-11816**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Aaron Egan<br>6683 Bristow Falls Court<br>Las Vegas, NV 89148 | | - | 2011<br>Vacation accrual | | | | 1,887.63 | 0.00 | 1,887.63 |
| Account No.<br>David Haines<br>5900 Wildhorse Ledge<br>Las Vegas, NV 89131 | | - | 2011<br>Vacation accrual | | | | 2,104.62 | 0.00 | 2,104.62 |
| Account No.<br>Gerald Williams<br>6136 Bombax Court<br>Las Vegas, NV 89141 | | - | 2011<br>Vacation accrual | | | | 375.36 | 0.00 | 375.36 |
| Account No.<br>James Davis<br>7030 Pink Flamingo Place<br>North Las Vegas, NV 89084 | | - | 2011<br>Vacation accrual | | | | 6,478.20 | 0.00 | 6,478.20 |
| Account No.<br>Kristina Hedge<br>Magnolia Blossom Avenue<br>Las Vegas, NV 89131 | | - | 2011<br>Vacation accrual | | | | 14,424.00 | 3,474.00 | 10,950.00 |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) **25,269.81**     **3,474.00**     **21,795.81**

In re **Equipment Management Technology**, Case No. **11-11816**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Lynne Erickson<br>6617 Rancho Santa Fe<br>Las Vegas, NV 89130 | | - | 2011<br>Vacation accrual | | | | 2,542.47 | 0.00 | 2,542.47 |
| Account No.<br>Norma Sniadach<br>1148 Via Empoli<br>Henderson, NV 89052 | | - | 2011<br>Vacation accrual | | | | 2,186.17 | 0.00 | 2,186.17 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) | 4,728.64 | 0.00 | 4,728.64

In re  **Equipment Management Technology**, Case No. __11-11816__
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xx9459  Board of Equalization  P.O. Box 942879  Sacramento, CA 94279 | | | Sales taxes | | | | 55,336.80 | 0.00 | 55,336.80 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   55,336.80 | 0.00  55,336.80

Total (Report on Summary of Schedules)   85,335.25 | 3,474.00  81,861.25

In re  **Equipment Management Technology**, Debtor

Case No. __11-11816__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ADT Security Services<br>PO Box 371490<br>Pittsburgh, PA 15250 | | - | Utility bills | | | X | 149.00 |
| Account No.<br><br>Advance Imaging Solutions, Inc.<br>36901 N. Rancho Drive<br>Las Vegas, NV 89130-3182 | | - | | | | X | 82.00 |
| Account No.<br><br>AllTest Instruments, Inc.<br>500 Central Avenue<br>Farmingdale, NJ 07727 | | - | | | | X | 950.00 |
| Account No. xxxx225-0<br><br>American Family Insurance Corporation | | - | Insurance Vito | | | X | 371.52 |

__7__ continuation sheets attached

Subtotal (Total of this page)  **1,552.52**

4/15/11 11:28AM

In re **Equipment Management Technology**, Debtor

Case No. **11-11816**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Ashley Hall & Associates <br> 1654 White Rock Drive <br> Las Vegas, NV 89121 | | - | court-appointed receiver | | | X | 42,056.00 |
| Account No. xx5747 <br> Baletine Laboratories <br> 312 Old Allerton Road <br> Annandale, NJ | | - | Calibration | | | X | 350.00 |
| Account No. <br> Bob Batchelor | | - | 10/29/10 <br> Supplies | | | X | 179.92 |
| Account No. <br> CAN Insurance Company <br> 10375 Park Meadows Drive, Suite 300 <br> Littleton, CO 80124 | | - | | | | X | 2,054.00 |
| Account No. xxxxx1548 <br> CenturyLink AZ-Inc. <br> P.O. Box 2961 <br> Phoenix, AZ 85062 | | - | Elevator/Fire | | | X | 64.36 |

Sheet no. **1** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **44,704.28**

In re **Equipment Management Technology**, Case No. **11-11816**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx2525<br><br>CenturyLink AZ-Inc.<br>P.O. Box 2961<br>Phoenix, AZ 85062 | | - | Computer phone lines | | | X | 556.31 |
| Account No. xxxxxx8693<br><br>CenturyLink NC-Inc.<br>P.O. Box 1320<br>Charlotte, NC 28201 | | - | Fax Machine/Toll-Free | | | X | 15.27 |
| Account No. xxxx-xxxx-xxxx-1707<br><br>City National Bank<br>10801 W. Charleston<br>Las Vegas, NV 89135 | | - | Credit Card | | | X | 5,173.80 |
| Account No. xxxxxxxxxxxx1690<br><br>City National Bank<br>10801 W. Charleston<br>Las Vegas, NV 89135 | | - | Credit Card | | | X | 176.83 |
| Account No. xxxxxx2266<br><br>CNA Insurance Co.<br>Attn: Christine Slups<br>Dept. LA 21245<br>Pasadena, CA 91185 | | - | Property and Liability Insurance | | | X | 2,054.09 |

Sheet no. **2** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,976.30**

In re **Equipment Management Technology**, Debtor

Case No. **11-11816**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Coverall North America Inc.<br>Coverall Health Based Cleaning Systems<br>2320 Paseo Del Prado, Suite #B107<br>Las Vegas, NV 89102 | - | | 11/1/10<br>Cleaning Service | | | X | 566.00 |
| Account No.<br><br>Crown Equipment Corporation<br>141 N. Gibson Road<br>Henderson, NV 89014 | - | | | | | X | 280.00 |
| Account No.<br><br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103 | - | | Sept. 2010<br>Legal Services | | | X | 389.44 |
| Account No. xxxxx8371; xxxxx8350<br><br>Federal Express<br>P.O. Box 7221<br>Pasadena, CA 91109 | - | | Delivery Charges | | | X | 186.33 |
| Account No.<br><br>Fox Rothschild, LLP<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169 | - | | Sept. 2010<br>Legal Services | | | X | 187,866.00 |

Sheet no. **3** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **189,287.77**

In re **Equipment Management Technology**, Case No. **11-11816**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Frisby Consulting, Inc.<br>4651 White Rock Drive, Suite 100<br>Las Vegas, NV 89121 | | - | | | | X | 4,783.00 |
| Account No.<br><br>Global Test Equipment<br>1424 Centre Circle<br>Downers Grove, IL 60515 | | - | | | | X | 30,958.00 |
| Account No. xxxx-xxxxx4-nov<br><br>Guardian Ins.<br>Attn: Jeff McDonald<br>P.O. Box 530157<br>Atlanta, GA 30353 | | - | Vision/Dental Insurance | | | X | 1,062.86 |
| Account No.<br><br>Haycock Petroleum Company, LLC<br>715 West Bonanza Road<br>Las Vegas, NV 89106-3230 | | - | | | | X | 271.00 |
| Account No.<br><br>Home Team Pest Defenses<br>6450 Cameron Street<br>Las Vegas, NV 89119 | | - | Utility bills | | | X | 82.00 |

Sheet no. **4** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  37,156.86

In re **Equipment Management Technology**, Case No. **11-11816**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Keithley Instruments<br>28775 Aurora Road<br>Cleveland, OH 44139 | - | | | | | X | 845.00 |
| Account No. | | | Unpaid Rent November 2010 | | | | |
| Longo Properties<br>1525 Pama Lane<br>Las Vegas, NV 89119 | - | | | | | X | 38,000.00 |
| Account No. | | | | | | | |
| Lynn Erickson<br>1525 Pama Lane<br>Las Vegas, NV 89119 | - | | | | | X | 46.00 |
| Account No. | | | | | | | |
| Michael C. Longo<br>1424 Centre Circle<br>Downers Grove, IL 60515 | - | | | | | X | 240,000.00 |
| Account No. | | | Utility bills | | | | |
| Nevada Energy<br>PO Box 30086<br>Reno, NV 89520-3086 | - | | | | | X | 2,084.00 |

Sheet no. **5** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **280,975.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Equipment Management Technology**, Case No. **11-11816**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx1284<br><br>Northrop Grumman Space Tech. TX<br>8710 Freeport Parkway<br>Suite 180<br>Irving, TX 75063-2577 | - | | Sept. 2010<br>Trade debt | | | X | 1,480.00 |
| Account No. xxxx0rsa<br><br>Rohde & Schwarz, Inc.<br>Attn: Chris Kayser<br>P.O. Box 5120<br>Carol Stream, IL 60197 | - | | June 2010<br>Equipment | | | X | 61,010.70 |
| Account No. xxx-xxxxxx9002<br><br>Southwest Gas Corporation<br>P.O. Box 98890<br>Las Vegas, NV 89193 | - | | Gas bill | | | X | 608.00 |
| Account No.<br><br>Swainston Consulting Group<br>1541 Little Dove Court<br>Henderson, NV 89014 | - | | | | | X | 1,998.00 |
| Account No.<br><br>Test Equity, LLC<br>6100 Condor Drive<br>Moorpark, CA 93021 | - | | | | | X | 2,800.00 |

Sheet no. **6** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **67,896.70**

In re **Equipment Management Technology**, Debtor

Case No. **11-11816**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx7430<br><br>UPS<br>P.O. Box 894820<br>Los Angeles, CA 90189 | - | | Freight Charges | | | X | 608.00 |
| Account No.<br><br>Visdsnb<br>Attn: Bankruptcy<br>PO Box 8053<br>Mason, OH 45040 | - | | | | | X | 623.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **7** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,231.00**

Total (Report on Summary of Schedules) **630,780.43**

B6G (Official Form 6G) (12/07)

In re **Equipment Management Technology**,  Case No. __11-11816__
                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Advanced Energy Industries<br>2424 Midpoint Drive<br>Fort Collins, CO 80525 | 1 piece of rental equipment; $4250 monthly rental income |
| Boudreaux Communications (via Tucker)<br>3300 Johnson Road<br>Southlake, TX 76092 | 3 pieces of rental equipment; $560 monthly revenue |
| Cree, Inc.<br>3026 Cornwallis Road<br>Durham, NC 27709 | 1 piece of rental equipment; $4500 monthly revenue |
| Excalibur Engineering<br>9201 Irvine Blvd.<br>Irvine, CA 92618 | 1 piece of rental equipment; $1400 monthly revenue |
| Global Test Equipment<br>Attn: Amy Perry<br>1424 Center Circle<br>Downers Grove, IL 60515 | 71 pieces of rental equipment; $29,925 monthly revenue |
| Industrial Resources<br>341 W. Grove Ave.<br>Orange, CA 92865 | 1 piece of rental equipment; $3630 monthly revenue |
| Liberty Test Equipment<br>2230 Sunset Blvd.<br>Suite 330-200<br>Rocklin, CA 95765 | 1 piece of rental equipment; $325 monthly revenue |
| Longo Properties<br>1525 Pama Lane<br>Las Vegas, NV 89119 | Building Lease, 1525 Pama Lane, Las Vegas, NV 89119; debtor is lessee; expires 2019 |
| Megown Test Equipment<br>1010 Winding Creek Road<br>Suite 100<br>Roseville, CA 95678 | 3 pieces of rental equipment; $1100 monthly revenue |
| Northrop - Space Tech<br>One Space Park<br>Building S<br>Redondo Beach, CA 90278 | 379 pieces of leased equipment; $213,210 monthly revenue |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re **Equipment Management Technology** , Case No. **11-11816**
  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Northrop - Space Tech.<br>One Space Park<br>Building S<br>Redondo Beach, CA 90278 | 754 pieces of rental equipment; $201,063 of monthly revenue |
| Northrop Electronic Systems<br>7323 Aviation Blvd.<br>Drop Point EA0013<br>Baltimore, MD 21240 | 7 pieces of rental equipment; $2,406 monthly revenue |
| Northrop Electronic Systems<br>719 Hammonds Ferry Road<br>Linthicum Heights, MD 21090 | 1 piece of rental equipment; $1,300 monthly revenue |
| Northrop Electronic Systems<br>111W. Third Street<br>Azusa, CA 91702 | 1 piece of rental equipment; $276 of monthly revenue |
| Silicon Graphics, Inc.<br>1168 Technical Way<br>Bldg 2 (CF)<br>Chippewa Falls, WI 54729 | 93 pieces of leased equipment; $34,005 monthly revenue |
| Test Equity<br>6100 Condor Drive<br>Moorpark, CA 93021 | 1 piece of rental equipment; $1000 monthly revenue |
| The Boeing Company<br>5301 Bolsa Avenue<br>Building 41<br>Huntington Beach, CA 92647 | 5 pieces of rental equipment; monthly revenue of $128 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Equipment Management Technology**                    Case No.    **11-11816**
                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dorothy Ann Longo as Trustee<br>of the Vito Longo 2001 Irrevocable Trust<br>724 Liberty Lane<br>Lombard, IL 60148<br>  Guarantor | FCC, LLC d/b/a<br>First Capital Western Region, LLC<br>Attn: John Neher<br>700 South Flower Street, Suite 2325<br>Los Angeles, CA 90017 |
| Matthew Longo as Trustee<br>of the Vito Longo 2001 Irrevocable Trust<br>7985 Fairfield Avenue<br>Las Vegas, NV 89123<br>  Guarantor | FCC, LLC d/b/a<br>First Capital Western Region, LLC<br>Attn: John Neher<br>700 South Flower Street, Suite 2325<br>Los Angeles, CA 90017 |
| Michael Longo as Trustee<br>of the Vito Longo 2001 Irrevocable Trust<br>7985 Fairfield Avenue<br>Las Vegas, NV 89123<br>  Guarantor | FCC, LLC d/b/a<br>First Capital Western Region, LLC<br>Attn: John Neher<br>700 South Flower Street, Suite 2325<br>Los Angeles, CA 90017 |
| Vito Longo<br>7985 Fairfield Avenue<br>Las Vegas, NV 89123<br>  Guarantor | FCC, LLC d/b/a<br>First Capital Western Region, LLC<br>Attn: John Neher<br>700 South Flower Street, Suite 2325<br>Los Angeles, CA 90017 |

    0
____ continuation sheets attached to Schedule of Codebtors